**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **CELESTINE CLEVELAND,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **Plaintiff,** | ) | **1:16-cv-01530-CC-AJB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AUDIT SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## NOTICE OF SETTLEMENT

NOW COME, the parties, Plaintiff Celestine Cleveland, and Defendant

Audit Systems, Inc., by and through their respective undersigned counsel and

hereby inform the Court that a settlement of the present matter has been reached

and the parties are in the process of finalizing this settlement, which they anticipate

will be completed within the next 30 days.

The parties therefore request that this honorable Court vacate all dates

currently set on the calendar for the present matter.

This 20th day of September, 2016.

Respectfully submitted,

BEDARD LAW GROUP, P.C.          MATTHEW T. BERRY &
                                ASSOCIATES, LLC


/s/ Michael K. Chapman          /s/ Paul J. Sieg
Michael K. Chapman              Paul J. Sieg
Georgia Bar No. 322145          Georgia Bar No. 334182
*Counsel for Defendant,*        *Counsel for Plaintiff,*
*Audit Systems, Inc.*           *Celestine Cleveland*

2810 Peachtree Industrial Blvd. 2751 Buford Highway
Suite D                         Suite 600
Duluth, Georgia 30097           Atlanta, Georgia 30324
Telephone: (678) 253-1871       Telephone: (404) 235-3305
mchapman@bedardlawgroup.com     psieg@mattberry.com

                                Signature added by Michael K.
                                Chapman with the express permission
                                of Paul J. Sieg

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **CELESTINE CLEVELAND,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **Plaintiff,** | ) | **1:16-cv-01530-CC-AJB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AUDIT SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed this *Notice of Settlement* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

Matthew T. Berry
matt@mattberry.com

Paul J. Sieg
psieg@mattberry.com

This 20th day of September, 2016.        Respectfully submitted,

**BEDARD LAW GROUP, P.C.**

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145