# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **CELESTINE CLEVELAND,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION FILE NO.** |
| | : | **1:16-cv-01530-CC-AJB** |
| v. | : | |
| | : | |
| **AUDIT SYSTEMS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER ADMINISTRATIVELY CLOSING CASE

The Court has been advised by the magistrate judge that the above-styled action has been settled, but the formal documentation of settlement has not been concluded. [*See also* Doc. 10]. It is unnecessary for the action to remain on the Court's calendar or docket while the parties are in the process of finalizing settlement.

Accordingly, **IT IS HEREBY ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, anytime within the next forty-five (45) days, to reopen this action or vacate this order of dismissal.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary. If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted by this Order, the action will be dismissed with prejudice.

AO 72A
(Rev.8/82)

Let a copy of this order be served upon counsel for the parties.

**IT IS SO ORDERED,** this the __12th__ day of __October__, 2016.

                                           _s/ CLARENCE COOPER_
                                           **CLARENCE COOPER**
                                           **UNITED STATES DISTRICT JUDGE**

AO 72A
(Rev.8/82)