# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Celestine Cleveland, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:16-cv-01530-CC-AJB |
| v. | ) | |
| | ) | |
| Audit Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## JOINT STIPULATION OF DISMISSAL AS TO AUDIT SYSTEMS, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Celestine Cleveland, ("Plaintiff") and Audit Systems, Inc. ("Defendant") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claim asserted against Defendant in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 24th day of October, 2016.

*[COUNSELS' SIGNATURES APPEAR ON FOLLOWING PAGE]*

1

*/s/John H. Bedard, Jr.*
John H. Bedard, Jr.
Georgia Bar No. 043473
Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd, Suite D
Duluth, GA 30097
Telephone: (678) 253-1871
jbedard@bedardlawgroup.com
**Counsel for Defendant Audit Systems, Inc.**

*/s/ Paul J. Sieg*
Paul J. Sieg
Georgia Bar No. 334182
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Telephone: (404) 235-3334
psieg@mattberry.com
**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2016 I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

*/s/ Paul J. Sieg*
Paul J. Sieg
Georgia Bar No. 334182

## **CERTIFICATION**

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

This 24th day of October, 2016.

*/s/ Paul J. Sieg*
Paul J. Sieg
Georgia Bar No. 334182